241 So.2d 530

**STATE of Louisiana**

**v.**

**Pinky GOODEN.**

**No. 51013.**

Dec. 14, 1970.

Sentence has not been imposed. The application is premature.